**CRAIG R. SMITH (State Bar No. 180338)**
**SMITH LAW FIRM**
**A Professional Law Corporation**
21550 Oxnard Street, Suite 760
Woodland Hills, California 91367
Telephone:  (818) 703-6057
Facsimile:   (818) 703-6058

Attorneys for Plaintiffs JOSEPH ALTER, and JOSEPH ALTER, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF LOS ANGELES

| | |
|---|---|
| JOSEPH ALTER, and JOSEPH ALTER, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>THE WALT DISNEY COMPANY; and DOES 1 THROUGH 100, inclusive,<br><br>Defendants. | CASE NO. 2:16-cv-06644- SJO (Ex)<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

**NOTICE IS HEREBY GIVEN** that pursuant to Fed.R.Civ.Pro. 41(a), Plaintiffs voluntarily dismiss the above-captioned action without prejudice.

DATED: November 10, 2016         SMITH  LAW FIRM
                                                              A Professional Law Corporation

                                                    By:     /Craig R. Smith
                                                              CRAIG R. SMITH
                                                              Attorneys for Plaintiffs
                                                              JOSEPH ALTER and
                                                              JOSEPH ALTER, INC.

**NOTICE OF VOLUNTARY DISMISSAL**